IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| POWERSPORTS ACCEPTANCE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:07-0903 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DEALERS FINANCE SOURCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of the file and the Order (Docket Entry No. 13), this action is **CLOSED**.

It is so **ORDERED**.

**ENTERED** this the ___16th___ day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge